IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 AUG 28 A 10: 08

Bertha Allen 134004
_____
Full name and prison number
of plaintiff(s)

v.

Tallapoosa County Jail Staff
Sheriff Jimmy Abbett, Kenny Sheppee,
Blake Jennings, Lt. Jason Cowart,
Sgt. Guthrie, Sgt Nail, Officer Shaddix,
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06-CV-772-WKA
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____
         _____

         Defendant(s) _____
         _____

      2. Court (if federal court, name the district; if state court, name the county) _____
         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Tutwiler Prison For Women 8966 U.S. Hwy 231, Wetumpka, Ala 36092

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Tallapoosa County Jail, 316 Industrial Pk. Dr. Dadeville, Ala 36853

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Sheriff Jimmy Abbott | 316 Industrial Pk. Dr. Dadeville, Ala 36853 |
| 2. Kenny Sheerer | " " " " " " " |
| 3. Blake Jennings | " " " " " " " |
| 4. Jason Coward | " " " " " " " |
| 5. Sgt. Guthrie | " " " " " " " |
| 6. Sgt. Nail | " " " " " " " |
| 7. Officer Shaddix w/E | " " " " " " " |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED On the day of May 30, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 8th Amendment (Protection from harm by another inmate.)

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)
On 5-30-2006, I personally talk w/ Lt. Jason Cowart about placing B/F inmate Missy Eason in cellblock A-2 with myself and other female inmates that she had had physical altercation with. I told Lt. Cowart that Eason was a known violent person, had assaulted other inmates and that she was a threat to us being in there. I felt like she would try to start a fight with me and that if she did I would have to protect myself. Shortly after my conversation w/ Lt. Cowart, I was returned back to cellblock A-2 about 2:30 p.m. in which inmate Missy Eason started verbally cussing me out. In which lead into a physical altercation between her and myself. Whereas, Missy Eason cut the inside of my right eye w/ her extreme long fingernails that required immediately medical treatment and Tetanus shot, eye drops for 5 days. Pictures where taken of my eye.

GROUND TWO: Deliberately Negligence of the Staff to isolate Missy Eason from the population, when they knew personally she was a violent offender in jail for an assault, Eason constantly fought different B/F and W/F inmates while she was in this jail.

SUPPORTING FACTS: On 4-20-06, I filed a grievance on Officer Shaddix because on the exercise yard I personally heard Missy tell Officer Shaddix she felt like fighting somebody in cell A-3, where I was housed. But Officer Shaddix did nothing about it. She (Shaddix) verbally told Missy to go back into the cell after exercise time was over. And Missy better not be fighting no one in there. So I filed the grievance never got a response back, nor did them (staff) move Eason. On 4-22-06 Missy Eason, jumped on W/F inmate Kristy Jones and that is when Sgt. Nail moved Missy Eason back to cellblock A-1. Therefore, if Officer Shaddix W/F had took action earlier that morning all that could have been avoided. But, Officer Shaddix did nothing about it as usually.

GROUND THREE: Violation of Equal Rights to attend Court hearing against Missy Eason that was set for 8-3-2006 before Judge C.K. Taylor for Assault 3rd degree.

SUPPORTING FACTS: On 5-31-2006, I was allowed to sign a warrant against Missy Eason for 3rd Assault for the damage done to my right eye by Tallapoosa County Jail Administrator Blake Jennings. So I was carried to Dadeville Courthouse by Det. M. Waters W/F and allowed to sign a warrant. I got a subpoena while here at Tutwiler from home. Stating a court date for 8-3-2006 at 9:00 was set for a hearing before Judge C.K. Taylor. I notified the Circuit Clerk of Dadeville to have Tallapoosa transport me to this hearing. But no response was given, therefore I was not at the hearing nor was one of my witness, Elizabeth Krause W/F because she had received a subpoena to be there also. I had a right to be at the hearing since I was the victim, in which Tallapoosa should have transported me since it happen in their facility and allowed me to sign the warrant.

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Be paid in Monetary U.S. Currency in the amount of $75,000.00 for Compensatory damages, $75,000 Punitive damages, $80,000.00 for damages due to the unlawful act of negligence, all filing fees, Court cost be paid to me, by the defendants

Bertha Alle 134004
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  8-22-2006  .
(Date)

Bertha Alle 134004
Signature of plaintiff(s)

4