# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2006 AUG 28 A 10: 08

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 3:06-CV-772-WKW

I, __Bertha Allen 134004__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2).

    If "Yes," state the place of your incarceration __Tutwiler Prison For Women__

    Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends             ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
    d. Disability or workers compensation payments      ☐ Yes    ☒ No
    e. Gifts or inheritances                            ☐ Yes    ☒ No
    f. Any other sources                                ☐ Yes    ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

8-22-2006
Date

Bertha Alls 134004
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| State of Alabama<br>Unified Judicial System<br>Form C-10    Rev 6/88 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number |
|---|---|---|

IN THE _Middle District_ COURT OF _____ COUNTY

Plaintiff/State _Bertha Allen_ v. Defendant _Tallapoosa County Jail Staff_

IN THE MATTER OF:

TYPE OF PROCEEDING:                CHARGE:

[X] CIVIL CASE—I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[ ] CIVIL CASE (such as paternity, support, termination of parental rights) — I request an attorney be appointed for me.

[ ] CRIMINAL CASE—I am financially unable to hire an attorney and request that the Court appoint one for me.

**AFFIDAVIT**

A. Do you have a job or work for yourself?  ___Yes  [X] No
   Employer's name and address _____
   How much money do you take home each week?  $ 0

B. If unemployed, give month and year of last employment and amount earned per month.  N/A   $ ___

C. Does your husband or wife have a job?  N/A   ___Yes ___No
   Employer's name and address _____
   How much money does he/she take home each week?  $ N/A

D. Do you receive money or benefits from any other source?  ___Yes [X] No
   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month?  $ ___

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?  ___Yes [X] No
   Where? _____  How much? $ ___

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)  ___Yes [X] No
   What? _____
   Total Value + $ ___

A. Are you:  [✓] Single  ___Married  ___Widowed  ___Divorced
             ___Separated?

B. Do you have any dependents?  [✓] Yes ___No
   Who and what relationship?  Armando Allen – Son
   JoShawn Allen – Son
   Armonate Allen – Grandson

What does it cost you to live each month?                                                  $ 0

| | Creditor | Total Debt | Monthly Payment |
|---|---|---|---|
| D | Loans | N/A | |
| E | Charge Accounts | N/A | |
| B | House or rent payments | N/A | |
| T | Alimony | N/A | |
| S | Support | N/A | |
| | Car payment | N/A | |
| | Groceries | N/A | |
| | Utilities | N/A | |
| | | N/A | |
| | | N/A | |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that these answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_22_ day of _August_, _2006_            _Bertha Allen 134004_
_[signature]_                                   Affiant Signature
Judge/Notary

                                        Subscribed and sworn to before
                                        me this _22_ day of _August_, 20_06_.
                                        My commission expires _6-21-10_

ORDER

IT IS ORDERED THAT THE FOREGOING REQUEST BE:

☐ GRANTED                    ☐ DENIED

APPOINTMENT OF ATTORNEY:

IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT _____

_____ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

It is further ordered that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel.

DONE this _____ day of _____, 19 _____

I, Bertha Allen 134004 presently incarcerated at Tutwiler Prison for Women, acknowledge that I have 0 balance of my inmate account. Therefore I ask that I be able to proceed without payment of fees in this legal matter. I have also attached a verification of my inmate account print out sheet.

Bertha Allen 134004
22 August 2006

Sworn and subscribed before me on this the 22 day of August 2006
My commission expires 6-21-10

Notary Public

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
TUTWILER PRISON

AIS #: 134004        NAME: ALLEN, BERTHA YVONNE            AS OF: 08/08/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| AUG | 23 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.37 | $0.75 |
| JUL | 31 | $2.65 | $10.00 |
| AUG | 8  | $0.00 | $0.00 |