| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse | A. Received by *(Please Print Clearly)*    B. Date of Delivery 9-2-06 |
| Kenny Sherrer<br>Tallapoosa County Jail<br>316 Industrial Park<br>Dadeville, AL 36853 | C. Signature: Donna Penton  ☒ Agent  ☐ Addressee<br>ry address different from item 1? ☐ Yes<br>enter delivery address below: ☐ No<br><br>06cv722<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |

2. Article Number *(Copy from service label)*: 7005 1820 0002 3461 5022

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952