**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Sgt Nail
Tallapoosa County Jail
316 Industrial Park
Dadeville, AL  36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Jimmy Abbett
B. Date of Delivery: 9-7-06
C. Signature: [signature]
☐ Agent
☐ Addressee

Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label): 7005 1820 0002 3461 5084

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952