IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BERTHA ALLEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:06-cv-00772-WKW-DRB |
| ) | |
| **TALLAPOOSA COUNTY** ) | |
| **JAIL STAFF, et al.** ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER

COME NOW Jimmy Abbett, Kenny Sherrer, Blake Jennings, Jason Cowart, Patricia Guthrie, Chris Nail, and Dodi Shaddix, the Defendants in the above-styled cause, and move this Honorable Court for an extension of time of 40 days in which to file their Special Report and Answer. As grounds for said Motion, the Defendants state as follows:

1. On August 30, 2006, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before October 9, 2006. Defendants Shaddix, Abbett, Jennings, Cowart, Guthrie, and Sherrer's Answers are due on October 12, 2006. Defendant Nail's Answer is due on October 17, 2006.

2. Counsel for the Defendants is in need of this additional time to fully review the documentation which is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

3. The Defendants have not previously requested an extension of time in this case.

4. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including November 20, 2006.

Respectfully submitted this 21st day of September, 2006.

        s/Amanda Kay Morgan
        AMANDA KAY MORGAN Bar No. ALL079
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: amorgan@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of September, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Bertha Allen
    AIS 134004
    Julia Tutwiler Prison for Women
    8966 U. S. Highway 231 North
    Wetumpka, AL 36092

        **s/Amanda Kay Morgan**
        OF COUNSEL