IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BERTHA ALLEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:06-cv-00772-WKW-DRB |
| TALLAPOOSA COUNTY JAIL STAFF, et al. | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER

COME NOW Tallapoosa County Sheriff Jimmy Abbett, Chief Deputy Kenny Sherrer, Jail Administrator Blake Jennings, Lt. Jason Cowart, Sgt. Patricia Guthrie, Sgt. Chris Nail, and Corrections Officer Dodi Shaddix, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

## ANSWER

The Defendants in this action deny each and every allegation made by the Plaintiff, Bertha Allen, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of her constitutional rights.

## AFFIRMATIVE DEFENSES

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4. Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Plaintiff's claims are barred by the Prison Litigation Reform Act because she has failed to exhaust available administrative remedies and because she has not suffered an injury that is greater than de minimus.

6. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7. Defendants are not liable based upon *respondeat superior* theories of liability.

8. The Plaintiff cannot prove a violation of her rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9. Defendants were not deliberately indifferent in any respect.

10. Plaintiff cannot receive punitive damages against Defendants.

11. Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

Respectfully submitted this 30th day of October, 2006.

> s/Ashley Hawkins Freeman
> ASHLEY HAWKINS FREEMAN Bar No. FRE044
> AMANDA KAY MORGAN Bar No. ALL079
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: afreeman@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of October, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Bertha Allen
      AIS 134004
      Julia Tutwiler Prison for Women
      8966 U. S. Highway 231 North
      Wetumpka, AL 36092

                           **s/Ashley Hawkins Freeman**
                           OF COUNSEL