IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BERTHA ALLEN,
    Plaintiff,

v.

TALLAPOOSA COUNTY JAIL STAFF, et al.,
    defendants

Civil Action No. 3:06-cv-00972-WKW-DRB

## PLAINTIFF MOTOIN FOR EXTENSION OF TIME TO FILE SPECIAL RESPONSE REPORT/ANSWER

COMES NOW Bertha Allen, the plaintiff in the above-style caused and moves this Honorable Court for an extension of time of 20 days in which to file plaintiff Special Report and Answer. As grounds said motion, the plaintiff states as follow:

(1.) On the 31st day of October 2006, this Honorable Court entered an "Order" directing said plaintiff to answer a Speical Report in the above styled cause on or before November 20, 2006, in reference to a report filed by said defendants on the 30th day of October 2006.

(2.) Plaintiff is not Represented by "No legal Counsel", in which plaintiff is completely Represented in this legal matter 'Pro Se'.

(3.) Enlighten, that said plaintiff is Pro Se; plaintiff has limited Research & legal book Preferrence available to her at Tutwiler Prison Law Library.

(4.) Plaintiff does not have access to no typewriter, computer, electronic filing assesment, copy machine, fax machine. All Response, answers concerning this matter. Plaintiff has to write it out herself without any assistance from any legal professional. Everything is done handwritten by plaintiff.

(5) Tutwiler Prison Law Library is not fully equip with updated legal books, legal forms as an accurate sufficient law library. In which plaintiff is less fortunate as defendants' to have accurate support of legal counsel to do Report for her.

(6.) Plaintiff has not asked previously for an extension of time in this case, nor has she express any speical needs of this case.

(7.) Plaintiff, would like it to be considered that she do need speical assistance through this Honorable Court. That cases defendant's attorney cited in their Report, would be complicated to Research due to limited books in the law Library

(8.) Plaintiff as stating of the above would not believe it would be an conflict of interest for the defendant's to allow an extension of time being granted to plaintiff.

THEREFORE, PREMISES CONSIDERATION, the plaintiff ask this Honorable court to consider extending time of this Speical Report to be filed on or before the 11th day of December 2006, Plaintiff again express to the Defendant's Attorney and this Honorable Court to consider plaintiff Pro Se' status, limited Research condition by granting this motion of good cause.

Respectfully submitted this 14th day of November 2006

_Bertha [signature]_ 134004
B.A.
Plaintiff

(2)

Case No. 3:06-cv-00772-WKW-DRB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON Clerk of the Court BY THE U.S. Postage Pre Paid ~~FIRST CLASS~~ MAIL, THIS 14th DAY OF November, 2006.

Bertha Allen 134004
~~PETITIONER~~ Plaintiff

Attorney AMANda K. Morgan
Attorney For Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
Montgomery, Ala 36124

(3.)