IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BERTHA ALLEN, #134004, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-772-WKW |
| | ) |
| TALLAPOOSA COUNTY JAIL STAFF, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on November 15, 2006 (Court Doc. No. 13), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from November 20, 2006 to and including December 11, 2006 to file a response to the defendants' special report.

Done this 16th day of November, 2006.


                                             /s/ Delores R. Boyd
                                       DELORES R. BOYD
                                       UNITED STATES MAGISTRATE JUDGE