IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BERTHA ALLEN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:06-cv-00772-WKW-DRB |
| | ) |
| TALLAPOOSA COUNTY | ) |
| JAIL STAFF, et al. | ) |
| | ) |
| DEFENDANTS. | ) |

## MOTION TO WITHDRAW

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Tallapoosa County Sheriff Jimmy Abbett, Chief Deputy Kenny Sherrer, Jail Administrator Blake Jennings, Lt. Jason Cowart, Sgt. Patricia Guthrie, Sgt. Chris Nail, and Corrections Officer Dodi Shaddix, the Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C. Ashley Hawkins Freeman will continue to represent Defendants Tallapoosa County Sheriff Jimmy Abbett, Chief Deputy Kenny Sherrer, Jail Administrator Blake Jennings, Lt. Jason Cowart, Sgt. Patricia Guthrie, Sgt. Chris Nail, and Corrections Officer Dodi Shaddix.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendants Tallapoosa County Sheriff Jimmy Abbett, Chief Deputy Kenny Sherrer, Jail Administrator Blake Jennings, Lt. Jason Cowart, Sgt. Patricia Guthrie, Sgt. Chris Nail, and Corrections Officer Dodi Shaddix.

Respectfully submitted this 3rd day of January, 2007.

                        **s/Amanda Kay Morgan**
                        ASHLEY HAWKINS FREEMAN Bar No. FRE044
                        AMANDA KAY MORGAN Bar No. ALL079
                        Attorneys for Defendants
                        WEBB & ELEY, P.C.
                        7475 Halcyon Pointe Drive
                        Post Office Box 240909
                        Montgomery, Alabama  36124
                        Telephone:  (334) 262-1850
                        Fax:  (334) 262-1889
                        E-mail:  amorgan@webbeley.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Bertha Allen
        AIS 134004
        Julia Tutwiler Prison for Women
        8966 U. S. Highway 231 North
        Wetumpka, AL 36092

                        **s/Amanda Kay Morgan**
                        OF COUNSEL