IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BERTHA ALLEN, #134004,    )
            )
   Plaintiff,     )
            )
 v.          ) CIVIL ACTION NO. 3:06-CV-772-WKW
            )
TALLAPOOSA COUNTY JAIL STAFF, )
            )
   Defendants.    )

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for the defendants filed by

Amanda Kay Morgan on January 3, 2007 (Court Doc. No.15), and for good cause shown, it

is

ORDERED that the motion to withdraw be and is hereby GRANTED.

Done this 9th day of January, 2007.

       /s/ Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE