IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BERTHA ALLEN,
   Plaintiff,

V.

TALLAPOOSA COUNTY
JAIL STAFF, et al.,
   Defendants

CIVIL ACTION NO. 3:06-CV-00772-WKW-DRB

## NOTICE OF IDENTIFICATION CHANGE IN PLAINTIFF'S HOUSING

LET, it be noted on Record by this Honorable Court, Attorney for defendant's - Ashley Hawkins Freeman in this legal matter. Due to Department of Correction mandatory changing of housing plaintiff.

Whereas it is mandatory that all incoming mail be address in this form below for plaintiff:

   Bertha Allen
   AIS# 134004
   ANNEX (LN-25-A)
   8966 U.S. Hwy 231
   Wetumpka, Alabama 36092

Respectfully submitted on this 1st day of March 2007
   Bertha Allen
   AIS# 134004
   ANNEX (LN-25-A)
   8966 U.S. Hwy 231
   Wetumpka, Alabama 36092

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON Attorney Ashley Hawkins Freeman of Defendant's BY THE U.S. FIRST CLASS MAIL, THIS 1st DAY OF March, 2007.

Bertha Allen
Plaintiff

Attorney Ashley Hawkins Freeman
Attorney for Defendants
WEBB | Eley, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, Alabama 36124