IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN ~~DIVISION~~

BERTHA ALLEN,
    Plaintiff,

V

TALLAPOOSA COUNTY
JAIL STAFF, et al.,
    Defendants.

CIVIL ACTION NO. 3:06-cv-00772-WKW-DRB

## PLAINTIFF'S MOTION OF VERTIFICATION LIMITED ACCESS TO MAIN LAW LIBRARY

Plaintiff submit before this Honorable Court, Attorney of Defendant's, vertified documents in the above style:

Plaintiff is no longer housed at the main prison facility of Tutwiler Prison. In which is very complicated for her to Research appropriate documents for this case.

Plaintiff have enclosed copies of Requests addressed to D.O.C. Officials, Form Access to Law Library, Inmate's Newsletter Information concerning Access permission to Law Library.

THEREFORE, said Plaintiff ask that these vertification be accepted in this Honorable Court, to why time to Research fully all correspondence from defendant

Respectfully Submitted this 1st day of March 2007.

Bertha Allen, plaintiff
AIS# 134004
ANNEX N-25-A
8966 U.S. Hwy 231
Wetumpka, Alabama
36092

(2.)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON Attorney Ashley Hawkins Freeman (Defendant's Attorney BY THE U.S. FIRST CLASS MAIL, THIS 1st DAY OF March, 2007.

Bertha Allen 134004 (N-25-A)
Plaintiff

Attorney Ashley Hawkins Freeman
Attorney for Defendants
WEBB/ ELEY, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, Alabama 36124

# ALABAMA DEPARTMENT OF CORRECTIONS
## ACCESS TO LAW LIBRARY

I, _____  _____  _____,
      Inmate's Name                               AIS#                               Name of Unit

DO HEREBY REQUEST:

1.     USE OF THE LAW LIBRARY

    Please take into consideration the following factors in scheduling my appointment to include estimated time needed:

    _____

    _____

### LEGAL DEADLINE

    A.     Purpose for use of library (type of case): _____

    B.     Deadline: _____

    C.     Reason for Deadline: _____

**You must complete the above information in order to schedule time in the law library.**

YOU MAY REQUEST THE COURT TO GRANT YOU AN EXTENSION OF TIME SINCE THE DEPARTMENT OF CORRECTIONS CANNOT PROMISE IMMEDIATE USE OF THE LAW LIBRARY DUE TO THE NUMBER OF OTHER INMATES WHO MAY BE ON THE PRIORITY LIST TO USE THE LAW LIBRARY FACILITIES.

2.     INMATE'S SIGNATURE _____ DATE _____

### FOR USE BY THE INMATE'S WARDEN OR DESIGNEE

Comments (set forth any adjustments to the request; include referrals to any disciplinary or classification action):

_____

_____

_____

_____                  _____          _____
Signature of Warden/Designee                               Date                     Time

### FOR USE BY THE LAW LIBRARY SUPERVISOR

THE ABOVE NAMED INMATE HAS BEEN SCHEDULED FOR USE OF THE LAW LIBRARY ON:

_____ FROM THE HOURS OF _____ TO _____.

_____ FROM THE HOURS OF _____ TO _____.

_____          _____
Signature of Warden/Designee                            Date




Inmate Newsletter                                           February 8, 2007
APPROVED *[signature]*, wdn m

*Please Sign up outside by the Law Library if you interested in the Alabama Prison Arts and Education Project here at Tutwiler and Tutwiler Annex.*

*******************************************************************
NOTE CHANGE!!! ALL HAIR MUST BE DOWN ON Friday FOR INSPECTIONS AND HAIRCUTS!
### ***UPDATED SHOWER SCHEDULE***
OPEN SHOWERS 5:30AM TO 6:30AM

| | | | |
|---|---|---|---|
| DORMS G & H | 5:35PM ~ 6:35PM | DORMS I & J | 6:40PM ~ 7:45PM |
| DORM K | 7:50PM ~ 8:55PM | DORMS B & C | 3:00PM ~ 4:15PM |
| DORMS E | 5:30PM ~ 6:30PM | DORM F | 4:15PM ~ 6:00PM |

NOTE THIS CHANGE!! Dorm 6- 5:30pm - 6:30pm
**HCU/GREEN ROOM WILL SHOWER ON SECOND SHIFT** **MAINTENANCE AND KITCHEN WORKERS WILL SHOWER AFTER WORK** **SEGREGATION UNIT WILL SHOWER ON THIRD SHIFT**
ALL SHOWERING WILL BE COMPLETED BY 9:00PM

All request slips regarding shoes should be addressed to the Administrative Lieutenant.
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Effective immediately, start using the NEW BED # that was just placed on your bed. Please place that bed # on all of you correspondence.**
*******************************************************************
All request slips regarding Dorm changes should be addressed to the ICS Officer. These request slips should be dropped off in Classification, this not a Classification matter.
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Do Not send request slips for transfer clearance to Louisiana or Birmingham Work Release to the Medical Unit. That request should be submitted to the Administrative Lieutenant. If you live at the Annex please submit your request to the Lieutenant at the Annex.**
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Inmates **Do Not** use request forms for sick slips. Sick request are to be used on sick call slips. If you do not have a sick call slip, please get one from the Officer on your post.
*******************************************************************

Mrs. H. Rankin and Ms. L. Turner will notarize in the Captain Office on Thursdays from 3:00 pm until 4:00 pm.
LIEUTENANT HAWTHORNE or Ms. Thomas (ANNEX)
BE ADVISED THAT YOU MUST HAVE YOUR IDENTIFICATION CARD FOR THESE SERVICES
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

### EXERCISE CLASSES

| | | |
|---|---|---|
| MAIN CAMPUS TUESDAYS/THURSDAYS | 4:00PM - 5:00PM | OLD DINING ROOM |
| MAIN CAMPUS SATURDAYS | 4:00PM - 5:00PM | OLD DINING ROOM |
| ANNEX MONDAYS/WEDNESDAYS/FRIDAYS | 5:30PM - 6:30PM | ADMIN BUILDING |
| ANNEX (YOGA) TUESDAYS/THURSDAYS | 5:30PM - 6:30PM | ADMIN BUILDING |
| MAIN CAMPUS- LINE DANCING -SATURDAYS | 4:00PM - 5:00PM | OLD DINING ROOM |

All money for inmate store draws is due TUESDAY BEFORE STORE DAY. Regardless of whether there are any holidays or whether you are housed at the Main Campus or at the Annex. ALL MONEY IS DUE ON TUESDAY.

**MAIN CAMPUS** Store tickets are due to be turned in by 7AM on Thursdays in the Kitchen.
**ANNEX** Store tickets are due to be turned in by 7AM on Tuesdays in the Admin Building.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IF YOU HAVE A MEDICAL ISSUE, FILL OUT A SICK CALL SLIP (WHICH CAN BE OBTAINED FROM SECURITY PERSONNEL WITHIN YOUR DORM) AND PLACE IT IN THE SICK CALL BOX LOCATED WITHIN YOUR DORM. PHS SHOULD SCHEDULE A MEDICAL VISIT WITHIN 48-72 HOURS. IF YOU DO NOT RECEIVE A REPLY WITHIN THE ALLOTED TIME, THE NEXT STEP IS TO FILL OUT A MEDICAL COMPLAINT FORM. THIS FORM IS ALSO AVAILABLE FROM SECURITY WITHIN YOUR DORM AND SHOULD ALSO BE SUBMITTED TO PHS THROUGH THE MEDICAL BOX LOCATED IN YOUR DORM. IF YOU HAVE NOT RECEIVED A REPLY FROM PHS WITHIN FIVE (5) DAYS, OR IF YOU HAVE A FURTHER COMPLAINT ON THE SAME ISSUE, SPEAK WITH THE PHS ADMINISTRATOR AND REQUEST A MEDICAL GRIEVANCE FORM. YOU SHOULD BE INTERVIEWED AND ANSWERED WITHIN FIVE (5) DAYS AFTER RETURNING THE MEDICAL GRIEVANCE FORM TO THE ADMINISTRATOR OF PHS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IF YOU HAVE A MENTAL HEALTH ISSUE, PLEASE FILL OUT AN INMATE REQUEST SLIP AND PLACE IT IN THE SICK CALL BOX IN YOUR DORM OR THE ANNEX FOR APPOINTMENT PLACEMENT. MHM IS TO SCHEDULE YOU WITHIN 5 BUSINESS DAYS FROM RECEIPT OF YOUR SLIP. EMERGENCY MENTAL HEALTH ISSUES WILL BE SCHEDULED WITHIN 24 HOURS. IF YOU HAVE A COMPLAINT WITH MENTAL HEALTH SERVICES, PLEASE FILL OUT A MEDICAL COMPLAINT FORM WHICH IS AVAILABLE FROM SECURITY PERSONNEL AND PLACE IT IN THE SICK CALL BOX WITHIN YOUR DORM. IF YOUR COMPLAINT IS NOT ANSWERED WITHIN FIVE (5) DAYS, GO TO THE PHS ADMINISTRATOR AND REQUEST A GRIEVANCE FORM. THE GREIVENCE FORM SHOULD BE RETURNED TO THE PHS ADMINISTRATOR.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[handwritten: *Annex has no schedule time available*]

TO SCHEDULE AN APPOINTMENT TO RESEARCH LEGAL ISSUES, PLEASE PICK UP AN AUTHORIZATION FORM IN THE LAW LIBRARY ON YOUR <u>ASSIGNED GENERAL LIBRARY DAY</u>. FILL OUT THE FORM COMPLETELY AND BE SPECIFIC. **Note this change: Effective immediately, Mrs. Benton, Deputy Warden Secretary, should be given the request.** There are only 8 inmates in the Law Library at a time.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECREATION EQUIPMENT MAY BE CHECKED OUT UPON REQUEST THROUGH THE SHIFT OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If you have questions about religious materials, please see **Chaplain Adams.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INMATES WHO WANT TO APPLY FOR SOCIAL SECURITY DISABILITY BENEFITS UPON RELEASE PLEASE PLACE YOUR REQUEST IN THE BOX OUTSIDE OF MS. CHADWELL'S OFFICE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GAMES THAT ARE IN YOUR DORM MAY BE CHECKED OUT FROM 10AM UNTIL 9PM. BE ADVISED THAT ALL GAMES MUST BE SIGNED OUT AND RETURNED. IF ANYONE WOULD LIKE TO CHECK OUT "TRIVIAL PURSUIT", "SORRY", "LIFE" OR "DOUBLE TWELVE" SEE KAY TALLEY WHO LIVES IN DORM 3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>NO INMATE IS TO BE ON THE HALLWAY, IN PILL CALL LINE, IN THE MULTIPURPOSE/VISITATION AREA OR DINING HALL WITHOUT IDENTIFICATION CARD. YOU ARE TO BE IN POSSESSION OF YOUR ID CARD (PHOTO SIDE VISIBLE) AT ALL TIMES! FAILURE TO FOLLOW THIS ORDER WILL RESULT IN DISCIPLINARY ACTION!</u> INMATES WHO HAVE FAMILY MEMBERS INSTERESTED IN SETTING UP A PRE-PAID CALLING ACCOUNT OR HAVE PROBLEMS WITH PHONE SERVICE SHOULD CONTACT T-NETIX.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

BLOCK/UNBLOCK QUESTIONS 1-888-610-7079
DIRECT BILLING QUESTIONS 1-888-221-5671
PREFERRED PREPAID QUESTIONS 1-888-882-2325

YOUR FAMILY WILL NEED TO FOLLOW THE INSTRUCTIONS PROVIDED BY THE AUTOMATED SYSTEM. ADVISE YOUR FAMILY THAT TUTWILER PRISON DOES **NOT** HANDLE THE SET UP OF THE PRE-PAID CALLING ACOUNTS

On phone list put down ALL of the numbers you want listed. There will be no change to phone lists except every 6 months.

*For Blockages Call 1-800-477-7211 or 1-888-221-5671*

For Inmate Phone Requests put to the attention Mrs. Rankin and put in the Classification Box

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**INMATE REQUEST SLIP**

TO:

Name: Bertha Allen  Quarters: N-25-A  Date: 12 Feb 07
AIS #: 134004

( ) Telephone Call     ( ) Custody Change   ( ) Personal Problem
( ) Special Visit      ( ) Time Sheet       (X) Other

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

Lt. Hawthrone

Please see if all possible to have the Red/Black Self Help Law Book be placed in the library down here. It would be of great help.

Thanks very much

<u>Do Not Write Below This Line</u> - **For Reply Only**

Bertha - do you know who the author or publisher is? Emberton

Approved          Denied          Pay Phone          Collect Call

Request Directed To: (Check One)
( ) Warden                       ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary     ( ) Record Office
                                     Public

N176

# INMATE REQUEST SLIP

Name: Bertha Allen   Quarters: Annex N-25A   Date: 12Feb07

AIS #: 134004

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit   ( ) Time Sheet   (X) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

Ms. Hood,
 Will you please make an exception for the inmates at the Annex to have access to the legal law library up here. It's to much denial to the Law Library up here no matter how a person put in for legal time. There is always a reason of denial, the library be closed, transportation is not available, the officer can not do this or that. It's a right to have access to law library. Thanks

**Do Not Write Below This Line - For Reply Only**

A law library exists at the Annex for the inmates use. Put in a proper request to Ms. Thomas at the Annex. Following the rules will avail you much.
   — E.M. Blenth

Approved     Denied     Pay Phone     Collect Call

**Request Directed To: (Check One)**
( ) Warden   (X) Deputy Warden   ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

N176   I wrote the Ass. Warden and again Tutwiler Secretary gave the respond. So again this evidence to show it's hard to get proper access

# INMATE REQUEST SLIP

Name: Bertha Allen   Quarters: Annex N-25-A   Date: 12 Feb 07

AIS #: 134004

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       ( ) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

I have tried several times to get access to Tutwiler Law Library so would you please see me ASAP to get to the law library at Tutwiler. Thanks

**Do Not Write Below This Line - For Reply Only**

Go in the library and ask for the ~~ret~~ proper request slip. ~~Also~~ Also - give the EMBerth request to the right person - it will get your needs met quicker.

Approved / Denied / Pay Phone / Collect Call

**Request Directed To: (Check One)**

( ) Warden            (X) Deputy Warden           ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

N176

I wrote this to the Annex Secretary but Tutwiler Secretary Address the issue ~~and address~~ ~~that~~. But ~~~~ to the ~~resp~~ I got from the Secretary