IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BERTHA ALLEN, Plaintiff

V

TALLAPOOSA COUNTY JAIL STAFF, et al. Defendants

CIVIL ACTION NO. 3:06-CV-00772-WKW-DRB

RECEIVED
2007 MAR -7 A 9:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLAINTIFF'S MOTION TO DEFENDANT'S NEW ATTORNEY TO RESUBMIT SPEICAL REPORT

Said, plaintiff comes before this court in the above style forementron base on the following grounds:

(1.) On the 9th day of January 2007, it was granted by this court for Attorney Amanda Kay Morgan, to withdraw as Counsel for the defendants.

(2.) Speical Report of defendant's was submitted on the 30th day of October 2006, in which plaintiff tried to seek outside assistance through third party.

(3.) Plaintiff honesty admits that by doing so, this party has not Return this Speical Report to her.

(4.) Therefore any/all Responds premises submitted by now NON-Acting Attorney Amanda Kay Morgan no longer is in the plaintiff possessions.


(5) IN premises motion plaintiff explain to this Court that she needed legal Representation to complete her "Speical Report" Base on lack of certain knowledge of legal terms, as well as lack of legal Research available to where she is housed.

(6) Plaintiff would like this court to have now acting Attorney Ashley Hawkins Freeman to Resubmit "Speical Report," under her authorize Signature.

(7) Due to the fact Attorney Amanda Kay Morgan no longer is Representing defendants premise "Speical Report" Could be Considered invalid.

(8) This Speical Report was not done by acting Attorney, nor has Attorney Ashley H. Freeman Acknowledge her name anywhere on this "Speical Report".

(9) Attorney Freeman has not made written acknowledgement to this court, Plaintiff that she is Representing said defendants. Only by written acknowledgement from premises Attorney Amanda K. Morgan has this Attorney been introduce to this court, said plaintiff.

(10) By plaintiff accepting Attorney Ashley H. Freeman name on this "Speical Report" legal document would be the appropriate procedure.

Respectfully Submitted this 1st day of March, 2007.

Bertha Allen
AIS 134004
ANNEX (N-25-A)
8966 U.S. Hwy 231
Wetumpka, Alabama 36092

(2)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON *Attorney Ashley Hawkins Freeman for Defendants* BY THE U.S. FIRST CLASS MAIL, THIS _1st_ DAY OF _March_, _2007_.

_Bertha Allen_
Plaintiff

Attorney Ashley Hawkins Freeman
Attorney for Defendants
WEBB/ ELEY, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, Alabama
36124

Bertha Allen 134884 (N-35-A)
8466 U.S. Hwy 231
Wetumpka, Alabama 36092

Legal Mail

Office Of THE CLERK
United States District Cou
P.O. Box 711
Montgomery, Alabama
36101-0711