IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BERTHA ALLEN, #134004, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-772-WKW |
| | ) |
| TALLAPOOSA COUNTY JAIL STAFF, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for defense counsel to resubmit special report filed by the plaintiff on March 7, 2007 (Court Doc. No. 19), in which the plaintiff seeks a second copy of the defendants' written report as she provided her initial copy to a third party while seeking assistance, and for good cause it is

ORDERED that:

1. This motion be and is hereby DENIED. The plaintiff is advised that she should seek to gain access to the special report from the third party to whom she provided the report. If she is unable to regain possession of the report from this individual, the plaintiff is advised that she may obtain a copy of the report from the Clerk of this Court at a cost of fifty cents per copy. The special report consists of 19 pages while the exhibits attached to the report total 64 pages. Thus, to receive copies of all these documents from the Clerk, the plaintiff must make prepayment of $41.50. If the plaintiff seeks only a copy of the special report without copies of the attached exhibits, she must make prepayment of $950.

2. The plaintiff be GRANTED an extension to and including March 22, 2007 to file

a response to the defendants' special report.

    Done this 7th day of March, 2007.


                                            /s/ Terry F. Moorer
                                  TERRY F. MOORER
                                  UNITED STATES MAGISTRATE JUDGE