IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BERTHA ALLEN, #134004, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-772-WKW |
| | ) |
| TALLAPOOSA COUNTY JAIL STAFF, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to accept verification filed by the plaintiff on March 7, 2007 (Court Doc. No. 18), which the court construes as a motion to submit evidentiary materials, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 4th day of May, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE