```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000815
Cashier ID: cstrecke
Transaction Date: 10/23/2007
Payer Name: JULIA TUTWILER PRISON
-----------------------------------
PLRA CIVIL FILING FEE
  For: BERTHA ALLEN
  Case/Party: D-ALM-3-06-CV-000772-001
  Amount:        $8.00
-----------------------------------
CHECK
  Remitter: JULIA TUTWILER PRISON
  Check/Money Order Num: 29740
  Amt Tendered:   $8.00
-----------------------------------
Total Due:       $8.00
Total Tendered:  $8.00
Change Amt:      $0.00
```

DALM306CV000772-WKW

JULIA TUTWILER PRISON

FOR BERTHA ALLEN #134004

8966 HWY 231 NORTH

WETUMPKA, AL  36092-5343