IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

BERTHA ALLEN
_____,  )
                                  )
    Plaintiff,                    )
                                  )
v.                                )  CASE NO. 3:06-cv-00772-WKW
                                  )
TALLAPOOSA COUNTY JAIL STAFF, ET AL. )
_____,  )
                                  )
    Defendants,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Jimmy Abbett_____, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

2/21/2008
Date

(Signature) Ashley Hawkins Freeman

**Ashley Hawkins Freeman**
(Counsel's Name)

Jimmy Abbett, Kenny Sherrer, Blake Jennings, Jason Cowart, Patricia Guthrie, Chris Nail, and Dodi Shaddix

Counsel for (print names of all parties)
Webb & Eley, P.C.

P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st day of February 2008 to:

Bertha Allen, AIS 134004, Julia Tutwiler Prison for Women, 8966 U. S. Highway 231 North, Wetumpka, AL 36092

2/21/2008
Date

_Ashley Hawkins Freeman_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

BERTHA ALLEN,

Plaintiff,

v.  CASE NO. 3:06-cv-00772-WKW

TALLAPOOSA COUNTY JAIL STAFF, ET AL.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Blake Jennings, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party


2/21/2008
Date

(Signature) Ashley Hawkins Freeman

Ashley Hawkins Freeman
(Counsel's Name)

Jimmy Abbett, Kenny Sherrer, Blake Jennings, Jason Cowart, Patricia Guthrie, Chris Nail, and Dodi Shaddix
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st____day of February_____ 20 08 to:

Bertha Allen, AIS 134004, Julia Tutwiler Prison for Women, 8966 U. S. Highway 231 North, Wetumpka, AL 36092

2/21/2008
Date                                                         Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

BERTHA ALLEN,

Plaintiff,

v.  CASE NO. 3:06-cv-00772-WKW

TALLAPOOSA COUNTY JAIL STAFF, ET AL.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Kenny Sherrer, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |

2/21/2008
Date

(Signature) Ashley Hawkins Freeman

Ashley Hawkins Freeman
(Counsel's Name)

Jimmy Abbett, Kenny Sherrer, Blake Jennings, Jason Cowart, Patricia Guthrie, Chris Nail, and Dodi Shaddix
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st____day of February_____ 20 08 to:

Bertha Allen, AIS 134004, Julia Tutwiler Prison for Women, 8966 U. S. Highway 231 North, Wetumpka, AL 36092

2/21/2008
Date

[signature: Ashley Hawkins Freeman]
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

BERTHA ALLEN
_____,

    Plaintiff,

v.

TALLAPOOSA COUNTY JAIL STAFF, ET AL.
_____,

    Defendants,

CASE NO. 3:06-cv-00772-WKW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jason Cowart, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✔] This party is an individual, or
- [✔] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/21/2008
Date

(Signature) Ashley Hawkins Freeman

Ashley Hawkins Freeman
(Counsel's Name)

Jimmy Abbett, Kenny Sherrer, Blake Jennings, Jason Cowart, Patricia Guthrie, Chris Nail, and Dodi Shaddix
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st____ day of February_____ 20 08 to:

Bertha Allen, AIS 134004, Julia Tutwiler Prison for Women, 8966 U. S. Highway 231 North, Wetumpka, AL 36092

2/21/2008
Date

Signature (Ashley Hawkins Freeman)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

BERTHA ALLEN )
)
    Plaintiff, )
)
v. ) CASE NO. 3:06-cv-00772-WKW
)
TALLAPOOSA COUNTY JAIL STAFF, ET AL. )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Patricia Guthrie, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|   |   |
|   |   |
|   |   |

2/21/2008
Date

(Signature)

Ashley Hawkins Freeman
(Counsel's Name)

Jimmy Abbett, Kenny Sherrer, Blake Jennings, Jason Cowart, Patricia Guthrie, Chris Nail, and Dodi Shaddix
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st____day of February_____ 20 08, to:

Bertha Allen, AIS 134004, Julia Tutwiler Prison for Women, 8966 U. S. Highway 231 North, Wetumpka, AL 36092

2/21/2008
Date

[signature: Ashley Hawkins Freeman]
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

BERTHA ALLEN,

    Plaintiff,

v.	CASE NO. 3:06-cv-00772-WKW

TALLAPOOSA COUNTY JAIL STAFF, ET AL.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Chris Nail, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/21/2008
Date

(Signature) Ashley Hawkins Freeman

Ashley Hawkins Freeman
(Counsel's Name)

Jimmy Abbett, Kenny Sherrer, Blake Jennings, Jason Cowart, Patricia Guthrie, Chris Nail, and Dodi Shaddix
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st ____ day of February _____ 20 08 to:

Bertha Allen, AIS 134004, Julia Tutwiler Prison for Women, 8966 U. S. Highway 231 North, Wetumpka, AL 36092

2/21/2008
Date

_[signature: Ashley Hawkins Freeman]_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

BERTHA ALLEN

    Plaintiff,

v.                                   CASE NO. 3:06-cv-00772-WKW

TALLAPOOSA COUNTY JAIL STAFF, ET AL.

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dodi Shaddix, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[✓] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/21/2008
Date

(Signature) Ashley Hawkins Freeman

Ashley Hawkins Freeman
(Counsel's Name)

Jimmy Abbett, Kenny Sherrer, Blake Jennings, Jason Cowart, Patricia Guthrie, Chris Nail, and Dodi Shaddix
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st ____ day of February _____ 20 08, to:

Bertha Allen, AIS 134004, Julia Tutwiler Prison for Women, 8966 U. S. Highway 231 North, Wetumpka, AL 36092

2/21/2008
Date

_Ashley Hawkins Freeman_
Signature