```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004870
Cashier ID: khaynes
Transaction Date: 04/28/2008
Payer Name: JULIA TUTWILER PRISON
----------------------------------------
PLRA CIVIL FILING FEE
 For: BERTHA ALLEN
 Case/Party: D-ALM-3-06-CV-000772-001
 Amount:         $5.00
----------------------------------------
CHECK
 Check/Money Order Num: 30203
 Amt Tendered:  $5.00
----------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```