```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005608
Cashier ID: christin
Transaction Date: 06/26/2008
Payer Name: MONTGOMERY COMM WORK CENTER
--------------------------------------
PLRA CIVIL FILING FEE
 For: BERTHA ALLEN
 Case/Party: D-ALM-3-06-CV-000772-001
 Amount:         $40.00
--------------------------------------
CHECK
 Remitter: MONTGOMERY COMM WORK CENTER
 Check/Money Order Num: 5492
 Amt Tendered: $40.00
--------------------------------------
Total Due:      $40.00
Total Tendered: $40.00
Change Amt:     $0.00
```