```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005889
Cashier ID: khaynes
Transaction Date: 07/24/2008
Payer Name: MONTGOMERY COMMUNITY WORK CTR
--------------------------------------
PLRA CIVIL FILING FEE
 For: BERTHA ALLEN
 Case/Party: D-ALM-3-06-CV-000772-001
 Amount:         $10.00
--------------------------------------
CHECK
 Check/Money Order Num: 5531
 Amt Tendered:   $10.00
--------------------------------------
Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:       $0.00
```